IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: January 27, 2011



_____
Honorable James E. Shapiro
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In Re: ANN-MARIE A. WOODEN
WILLIE F. WOODEN

Chapter 13 Bankruptcy

Debtors

Case No. 06-20053 JES

---

### ORDER DISMISSING CASE - CONFIRMED PLAN
---

An order for relief under 11 USC Chapter 13 was entered in the case of the debtor(s) named above, a subsequent motion to dismiss the case was filed pursuant to 11 USC Sec. 1307 (c), and it was determined after notice and a hearing on the motion, or no hearing having been held in the absence of an objection or request for hearing, that the case should be dismissed for the following reason(s):

Failure to make payments as required by Sec. 1326.

Failure to make payments necessary to provide for completion of the Plan within a maximum term of 60 months.

IT IS HEREBY ORDERED:
1. The case of the debtor(s) is hereby dismissed.

2. The Trustee is authorized to distribute funds being held in this case pursuant to the confirmed Plan as and for adequate protection for the creditors.

#####